IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**vs**                                                      **CR NO. 2:26-cr-683**

**MSC SHIPMANAGEMENT LIMITED**

## PLEA

The Defendant, **MSC Shipmanagement Limited**, acknowledges receipt of a copy of the information and after arraignment pleads guilty to the **Information** in open court.

_____
(Signed) Defendant

Charleston, South Carolina

August 10, 2026